**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01744-LTB-BNB

MASON STAHL, bu and through her next best friend, Cheri Stahl, natural parent, and CHERI (I) STAHL, individually,

      Plaintiffs,

v.

RANDY BEGANO,

      Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion to Amend Complaint (Doc 19 - filed January 29, 2008) is **GRANTED**.

Dated:    January 30, 2008
_____