IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01744-LTB-BNB

MASON STAHL, by and through his next best friend, Cheri Stahl, natural parent, and
CHERI STAHL,

Plaintiffs,

v.

RANDY BEGANO,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Vacate Settlement Conference and Extend Discovery Cut-off Dates (Unopposed)** [docket no. 34, filed July 23, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **October 15, 2008**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **November 15, 2008**;

| | |
|---|---|
| Discovery Cut-off: | **December 15, 2008**; |
| Dispositive Motion Deadline: | **January 15, 2009**. |
| Pretrial Conference (remain as previously set) | **February 24, 2009, 9:00 a.m.** |

IT IS FURTHER ORDERED that the Settlement Conference set for August 14, 2008, is **VACATED**, to be reset upon the request of the parties.

DATED: July 25, 2008