IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01744-CMA-BNB

MASON STAHL, by and through his next best friend, Cheri Stahl, natural parent, and
CHERI STAHL,

Plaintiffs,

v.

RANDY BEGANO,

Defendant.

___

## ORDER
___

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 5, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge