**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01744-CMA-BNB

MASON STAHL, by and through his next best friend, Cheri Stahl, natural parent, and
CHERI STAHL,

    Plaintiffs,

v.

RANDY BEGANO,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 46) signed by the attorneys for the parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED at Denver, Colorado, this  29th  day of January, 2008.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge